Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

US DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FILED

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas

Fayetteville Division

JAN 2 0 2026

Ronald E. Dowling
By_____
Deputy Clerk

Travis Vaughn Berger Name, Image and Likeness Trust

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Polaris Home Funding, all successors and assigns in interest- Nationstar Mortgage d/b/a Mr. Cooper CEO Jay Bray. Priority Bank Pres. Ray Stidham, Priority One Holding, CEO/Owner Trevor Lavy

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 5:26-cv-05019
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☐ Yes  ☒ No

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Travis Vaughn Berger Name, Image and Likeness Trust |
   | Street Address | P.O. Box 364 |
   | City and County | Gravette, Benton County |
   | State and Zip Code | Arkansas 72736 |
   | Telephone Number | 479-531-5516 |
   | E-mail Address | travisberger70@gmail.com |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**B.   The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Polaris Home Funding Corporation, CEO Duke Vander Ark |
| Job or Title *(if known)* | CEO |
| Street Address | 151 44th Street |
| City and County | Grandville, Kent county |
| State and Zip Code | Michigan 49418 |
| Telephone Number | (616) 667-9000 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Nationstar Mortgage d/b/a Mr. Cooper, CEO Jay Bray |
| Job or Title *(if known)* | CEO |
| Street Address | 8950 Cypress Waters Blvd., |
| City and County | Coppell, Dallas county |
| State and Zip Code | Texas, 75019 |
| Telephone Number | (972) 956-6650 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Priority Bank, Ray Stidham |
| Job or Title *(if known)* | President |
| Street Address | 703 Douglas Blvd. |
| City and County | Prairie Grove, Washington county |
| State and Zip Code | Arkansas 72753 |
| Telephone Number | (479) 846-4000 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Priority One Holding Series 03-2021, Trevor Lavy |
| Job or Title *(if known)* | CEO and Owner |
| Street Address | 703 Douglas Blvd. |
| City and County | Prairie Grove, Washington county |
| State and Zip Code | Arkansas 73753 |
| Telephone Number | (479) 846-2265 |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

        E-mail Address *(if known)* _____

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

    ☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

5 USC §§ 551-559 Administrative Procedures Act
5 USC §552 Privacy Act
24 CFR §§ 26.28 - 26.56 Hearings Pursuant to the Administrative Procedure Act
12 U.S. Code § 2601 -§ 2617 Real Estate Settlement Procedures Act
17 CFR § 202.4 Facilitating administrative hearings.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____ .

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____ ,
    and has its principal place of business in the State of *(name)* _____ .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

        The defendant, *(name)* _____, is a citizen of
        the State of *(name)* _____. Or is a citizen of
        *(foreign nation)* _____.

    b.    If the defendant is a corporation
        The defendant, *(name)* _____, is incorporated under
        the laws of the State of *(name)* _____, and has its
        principal place of business in the State of *(name)* _____.
        Or is incorporated under the laws of *(foreign nation)* _____,
        and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

> The Plainiff states and affirms the amount in controversey is more than $75,0000 as it relates to certain property rights, damages to real property, and other forms of valuable consideration yet to be determined subject to a discovery of all applicable records and transactions still undisclosed in accordance with 5 USC §§ 551 – 559 Administrative Procedures Act and the Privacy Act of 1974.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The Plaintiff brings this claim pursuant to 5 USC §§ 551 – 559 Administrative Procedures Act, regarding certain negotiable instruments, notes, contracts and certain alternative means of dispute resolution for closure and settlement and the right to personal and financial privacy as prescribed in accordance with 5 U.S.C. §§ 552 and 552a of the Privacy Act of 1974.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

The relief, as defined in accordance with 5 U.S. Code § 551 (11), sought includes the whole or a part of an agency, (A) grant of money, assistance, license, authority, exemption, exception, privilege, or remedy; (B) recognition of a claim, right, immunity, privilege, exemption, or exception; or (C) taking of other action on the application or petition of, and beneficial to the Complainant, whereby such proceeding providing discovery for certain notes held in such escrow accounts by certain trustees no longer holding good marketable title as prescribed in accordance with 24 CFR § 203.366 (b) Conveyance of property without good marketable title

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 01/20/2026

Signature of Plaintiff: *by: Travis Berger, Grantor/Settlor by: Michelle Marie Berger, Auth. Rep.*

Printed Name of Plaintiff: Travis Vaughn Berger and Michelle Marie Berger

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address